## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. BORREGO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> RUCKUS WIRELESS, INC., et al., <br><br> Defendants. | Civil Action No. 1:16-cv-00340-SLR <br><br> <u>CLASS ACTION</u> |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
## FED. R. CIV. P. 41(A)(1)

ROBBINS GELLER RUDMAN
  & DOWD LLP
David T. Wissbroecker
Edward M. Gergosian
Danielle S. Myers
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

*Lead Counsel for Plaintiff*

ANDREWS & SPRINGER LLC
Peter B. Andrews (#4623)
Craig J. Springer (#5529)
David M. Sborz (#6203)
3801 Kennett Pike
Building C, Suite 305
Wilmington, DE  19807
Telephone:  302/504-4957
302/397-2681 (fax)
pandrews@andrewsspringer.com
cspringer@andrewsspringer.com
dsborz@andrewsspringer.com

*Local Counsel*

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, Lead Plaintiff the City of Pontiac General Employees'

Retirement System was appointed lead plaintiff in a class action on behalf of itself

and all others similarly situated against Ruckus Wireless, Inc. on August 24, 2016,

in the case styled: *Robert D. Borrego v. Ruckus Wireless, Inc.*, Case No. 1:16-cv-

00340-SLR ("*Borrego* Action");

WHEREAS, no defendant in the *Borrego* Action has answered or filed for

summary judgment;

WHEREAS, a class has not been certified in this action; and

WHEREAS, the City of Pontiac General Employees' Retirement System was

appointed Lead Plaintiff on September 14, 2016, in the related action pending in the

United States District Court, Northern District of California, styled: *Miguel Hussey*

*v. Ruckus Wireless, Inc.*, Case No. 3:16-cv-02991-EMC.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed.

R. Civ. P. 41(a)(1), Lead Plaintiff the City of Pontiac General Employees'

Retirement System voluntarily dismisses the *Borrego* Action without prejudice.

ANDREWS & SPRINGER LLC

By: */s/ Peter B. Andrews*

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID T. WISSBROECKER
EDWARD M. GERGOSIAN
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058

*Lead Counsel for Plaintiff*


SULLIVAN, WARD, ASHER &
  PATTON, P.C.
CYNTHIA J. BILLINGS
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI  48075-1000
Telephone:  248/746-0700

*Additional Counsel for Plaintiff*

Peter B. Andrews (#4623)
Craig J. Springer (#5529)
David M. Sborz (#6203)
3801 Kennett Pike Building C, Suite 305
Wilmington, DE  19807
Telephone:  302/504-4957
pandrews@andrewsspringer.com
cspringer@andrewsspringer.com
dsborz@andrewsspringer.com

*Counsel for Plaintiffs*



DATED:  September 15, 2016

2

## CERTIFICATE OF SERVICE

I, Peter B. Andrews, do hereby certify that on this 15th day of September

2016, I caused copies of (i) Notice of Voluntary Dismissal Pursuant to Fed. R. Civ.

P. 41(A)(i)  and (ii) Certificate of Service to be filed and served via CM/ECF upon

the following counsel:

R. Judson Scaggs, Jr.
Lindsay M. Kwoka
MORRIS NICHOLS ARSHT &
TUNNELL, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Colm F. Connolly
Jody Barillare
MORGAN LEWIS & BOCKIUS LLP
1007 Orange Street, Suite 501
Wilmington, DE 19801

Derrick B. Farrell
FARUQI & FARUQI LLP
20 Montchanin Road, Suite 145
Wilmington, DE 19807

*/s/ Peter B. Andrews*
Peter B. Andrews (#4623)